IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.	CRIMINAL NO. 5:21-cr-4-DCB-LGI

MARTIN SCARBERRY

**ORDER VACATING AGREED PRELIMINARY ORDER OF FORFEITURE AND ORDERING A RETURN OF PROPERTY**

Before this Court is the United States of America's Motion to Vacate an Agreed Preliminary Order of Forfeiture and for an Order to Return Property [33].  Having reviewed the Government's motion, this Court finds that it is well taken and should be GRANTED.  In support of its Order, finds as follows:

The Court entered an Agreed Preliminary Order of Forfeiture [27] on July 13, 2021, forfeiting the following (hereafter, the **"Subject Property"**):

| CATS ID | Property Description |
|---|---|
| 20-FBI-007870-01 | One (1) Ruger Pistol, 9mm Caliber, Model P95DC, Serial No. 312-37044 |
| 20-FBI-007870-02 | Nineteen (19) Rounds of 9mm Ammunition. |

to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Because the United States has determined that the **Subject Property** was stolen, that the rightful owner is not a prohibited person, and the rightful owner wants the **Subject Property** returned to him, it seeks an Order vacating the Agreed Preliminary Order of Forfeiture [27] and an Order to return the **Subject Property** to its rightful owner.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the FBI shall return the **Subject Property** to its rightful owner as soon as practicable.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this  4th  day of February 2022.

                                              s/David Bramlette  
                                              UNITED STATES DISTRICT JUDGE